Thomas E. Lowe, Utah State Bar No.2006
Lowe, Hutchinson & Cottingham
2150 South 1300 East, Suite 120
Salt Lake City, UT  84106
Telephone: (801) 486-1112
Facsimile: (801)  486-1198
Email: tlowe@lhclawyers.com
Attorneys for Plaintiff

Thomas M. Barton
Coles Barton, LLP
150 South Perry Street, Suite 100
Lawrenceville, GA  30046
Telephone: (770) 995-5552
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IFREEDOM DIRECT CORPORATION, f/k/a New Freedom Mortgage Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIRST TENNESSEE BANK NATIONAL ASSOCIATION, successor-in-interest to First Horizon Home Loan Corporation, <br><br> Defendants. | MEMORANDUM DECISION and ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR DIRECTED VERIDCT ON DEFENDANT'S AFFIRMATIVE DEFENSES OF WAIVER AND ESTOPPEL <br><br> JURY DEMANDED <br><br> Case No. 2:09-cv-205-DN <br><br> Judge David Nuffer |

Based upon Plaintiff's Motion for Directed Verdict[1] on Defendant's Affirmative Defenses of Waiver and Estoppel, and the Memorandum submitted in Support of that Motion, as well as the testimony and evidence presented at trial,

IT IS HEREBY ORDERED that

1. Plaintiff's Motion is GRANTED as to defendant's affirmative defense of estoppel. An essential element of estoppel under Texas law is detrimental reliance on the concealing or misrepresentation of material facts. See Nelson v. Jordan, 663 S.W.2d 82, 87 (Tex. App. 1983). Defendant did not introduce any evidence that Plaintiff concealed or misrepresented any facts to Defendant. Nor did Defendant introduce any evidence that it relied to its detriment on anything Plaintiff did. Accordingly, a directed verdict on Defendant's affirmative defense of estoppel is appropriate.

2. Plaintiff's Motion is DENIED at this time as to Defendant's affirmative defense of waiver.

Dated August 21, 2012.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 233.